KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

REYNA M. POSADA,                             )
                                             )
                Plaintiff,                   )
                                             )
vs.                                          )  Case No. 14-cv-1089
                                             )
NATIONAL BEEF PACKING COMPANY, LLC,          )
                                             )
                                             )
                Defendant.                   )
                                             )

## COMPLAINT

Plaintiff Reyna Posada, ("Reyna"), for her cause of action against the defendant National Beef Packing Company, LLC ("National Beef"), states and alleges as follows:

**Parties**

1. Reyna is a resident of the State of Kansas.

2. National Beef is a foreign limited liability company authorized to do business in the State of Kansas and may be served with process by service on the Resident Agent, The Corporation Company, Inc., located at 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

**Venue**

4.  Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5.  Reyna is a 30-year-old woman who is a resident of the State of Kansas.

6.  Beginning approximately June 2010, Reyna was employed by National Beef in Dodge City, Kansas.

7.  During the first two years of her employment, Reyna was considered a good employee and received positive evaluations.

8.  On October 5, 2012, Reyna missed work because Reyna took her one-year-old son, Adrian Chavez ("Adrian"), to see Dr. Garry Durosier, M.D. ("Dr. Durosier"), at Medical Heights Medical Center in Dodge City. Adrian was suffering from vomiting, fever and apparent ear pain. Dr. Durosier assessed that Adrian was suffering from a right ear infection. This absence was covered by the Family and Medical Leave Act ("FMLA") but National Beef failed to inform Reyna of her rights under that law.

9.  On October 9, 2012, Reyna missed work again because Reyna took Adrian to see Dr. Durosier. Adrian was suffering similar and increased symptoms as compared to the October 5, 2012 visit, and Adrian was eventually hospitalized due to these symptoms on October 12, 2012. During the October 9, 2012 hospital visit, Dr. Durosier gave Reyna a note excusing Reyna from work for the foregoing reasons. This absence was also covered by the FMLA but National Beef again failed to inform Reyna of this.

10. From on or about November 19, 2012 through on or about November 21, 2012, Reyna missed work again due to illness suffered by Adrian. On November 21, 2012, Reyna and Adrian again visited Dr. Durosier, and Adrian was diagnosed with a viral syndrome and prescribed three different medications. These absences were also covered by the FMLA but National Beef again failed to inform Reyna of this.

11. From on or about December 10, 2012 through on or about December 14, 2012, Reyna missed work because Reyna was suffering symptoms associated with acute bronchitis. At this time, Reyna visited Dr. Jeremy Presley, M.D. ("Dr. Presley"), at Family Practice Associates of Western Kansas in Dodge City. Dr. Presley subsequently diagnosed Reyna with acute bronchitis and prescribed her a prescription. These absences were also covered by the FMLA but National Beef again failed to inform Reyna of this.

12. From on or about December 17, 2012 through on or about December 21, 2012, Reyna again missed work due to continually suffering from acute bronchitis. At this time, Reyna again visited Dr. Presley for treatment and care. These absences were also covered by the FMLA but National Beef again failed to inform Reyna of this.

13. Prior to and after returning to work for Adrian's health issues and her own health issues, Reyna was subject to sexual harassment by a National Beef manager, Manual Ramirez ("Ramirez"). The harassment included highly offensive and inappropriate conduct.

14. Reyna made a complaint to the Human Resources Department at National Beef on November 26, 2012 about Ramirez's behavior.

15. No meaningful action was taken in response to Reyna's complaint to the Human Resources Department.

16.     After the complaint was made on November 26, 2012 through March 28, 2013, Reyna was continually subject to sexual discrimination by Ramirez.  The harassment included similar highly offensive and inappropriate conduct.

17.     From on or about March 19, 2013 through on or about March 20, 2013 and from on or about March 26, 2013 through March 27, 2013, Reyna missed work because Reyna was suffering symptoms associated with a respiratory infection.  Dr. Presley subsequently diagnosed Reyna with a respiratory infection and prescribed her a prescription.  These absences were also covered by the FMLA but National Beef again failed to inform Reyna of this.

18.     Reyna was discharged on or about March 28, 2013 for absenteeism but Reyna contends that she was actually terminated in retaliation for making complaints about harassment and/or because she had absences that should have been covered by the FMLA.

19.     Reyna was subsequently given Notice of the Right to Sue and has exhausted her administrative remedies.

**Theories of Recovery**

**COUNT I**
**TITLE VII – GENDER DISCRIMINATION – HARASSMENT**

20.     Reyna realleges and incorporates herein the allegations contained in paragraphs 1 through 19 above.

21.     Reyna was subjected to discrimination in the form of sexual harassment on account of her gender, female, in violation of Title VII of the Civil Rights Act, 42 U.S.C. §2000e et seq.

WHEREFORE, Reyna respectfully requests that the Court enter judgment in her favor and against National Beef in an amount in excess of $75,000.00; that she be reinstated to her position

with no loss of benefits or seniority; that the costs of this action, including reasonable attorney fees, be assessed against National Beef; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

### COUNT II
### TITLE VII-RETALIATION

22. Reyna realleges and incorporates herein the allegations contained in paragraphs 1 through 21 above.

23. National Beef unlawfully retaliated against Reyna for making a complaint concerning the sexual comments and other behavior she was subjected to by Ramirez.

24. National Beef's actions constitute a violation of Title VII, 42 U.S.C. §§2000e et seq., and entitle Reyna to damages for any lost wages, humiliation, embarrassment, emotional distress and other damages.

WHEREFORE, Reyna respectfully requests that the Court enter judgment in her favor and against National Beef in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against National Beef; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

### COUNT III
### VIOLATION OF FMLA

25. Reyna realleges and incorporates herein the allegations contained in paragraphs 1 through 24 above.

26. National Beef's actions constitute a violation of 29 U.S.C. 2601 et seq. and entitle Reyna to damages.

WHEREFORE, Reyna respectfully requests that the Court enter judgment in her favor and against National Beef in an amount in excess of $75,000.00; that the Court award her reasonable

attorney fees; that the costs of this action be assessed against National Beef; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

Dated: March 24, 2014.

                              RESPECTFULLY SUBMITTED,

                              /s/  Larry G. Michel
                              Larry G. Michel   #14067
                              KENNEDY BERKLEY YARNEVICH
                              & WILLIAMSON, CHARTERED
                              119 West Iron Avenue, 7th Floor
                              P.O. Box 2567
                              Salina, KS  67402-2567
                              (785) 825-4674
                              lmichel@kenberk.com
                              ATTORNEYS FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Reyna hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

                              /s/  Larry G. Michel
                              Larry G. Michel

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D.Kan. Rule 40.2, Reyna designates Wichita, Kansas as the place of Trial.

                              /s/  Larry G. Michel
                              Larry G. Michel